■ CITY-WIDE PLUMBING AND HEATING CORP., Appellant, v COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK, Respondent. — Appeal from an order and judgment (one paper) of the Supreme Court, New York County (Martin Evans, J.), entered on November 9, 1982, dismissed as moot, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur — Kupferman, J. P., Sandler, Ross, Asch and Bloom, JJ.

■ CHANIN CONSTRUCTION CORPORATION, Appellant, v LUPTON MANUFACTURING COMPANY, Respondent, et al., Defendants. FEDERAL INSURANCE COMPANY, Third-Party Plaintiff, v OLIN CORPORATION, Third-Party Defendant. — Judgment, Supreme Court, New York County (Alvin Klein, J.), entered on November 18, 1982, unanimously affirmed without costs and without disbursements, and the appeal from the order of said court, entered on October 26, 1982, is unanimously dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Ross, Asch and Bloom, JJ.

■ In the Matter of CARLO FLORENTINO, an Attorney. — Referee appointed to hear, report and recommend concerning any factors relative to the issue of sanctions which this court may impose, as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Carro, Silverman and Bloom, JJ.